# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| EMSAT ADVANCED GEO-LOCATION TECHNOLOGY, LLC § § § and § § LOCATION BASED SERVICES LLC, § § Plaintiffs, § § v. § § METROPCS COMMUNICATIONS, § INC., et al. § § Defendants. § | CIVIL ACTION NO. 2:08cv381<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CRICKET COMMUNICATIONS, INC.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs EMSAT Advanced Geo-Location Technology, LLC and Location Based Services LLC (collectively, "Plaintiffs") and Defendants Cricket Communications, Inc. and its parent company Leap Wireless International, Inc. (collectively, "Defendants") hereby stipulate that all claims and causes of action asserted by Plaintiffs against Defendants, and all claims and causes of action asserted by Defendants against Plaintiffs, in the above-entitled and numbered action be, and hereby are, dismissed with prejudice to re-filing same.  A proposed order is attached.  Each party shall bear its own costs and fees, including attorneys' fees.

Plaintiff has not released, and nothing in this Stipulation shall be construed as a release or discharge of, any claim Plaintiff has or may have in the future against any other Defendant named in this action or any other asserted infringer of the patents-in-suit.  All such rights have been, and are, expressly reserved.

**Dated:   April 8, 2009.**

/s/ Edward R. Nelson, III
Texas State Bar No. 00797142
Attorney-in-Charge
Brent N. Bumgardner
Texas State Bar No. 00795272
Barry J. Bumgardner
Texas State Bar No. 00793424
Christie B. Lindsey
Texas State Bar No. 24041918
NELSON BUMGARDNER CASTO, P.C.
5601 Bridge Street, Suite 300
Fort Worth, Texas 76112
(817) 377-9111
(817) 377-3485 (fax)
enelson@nbclaw.net
bbumgardner@nbclaw.net
barry@nbclaw.net
clindsey@nbclaw.net

Eric M. Albritton
State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, TX  75606
(903) 757-8449
ema@emafirm.com

T. John Ward, Jr.
Texas State Bar No. 00794818
WARD & SMITH LAW FIRM
111 W. Tyler Street
Longview, Texas  75601
(903) 757-6400
(903) 757-2323 (fax)
jw@jwfirm.com

**ATTORNEYS FOR PLAINTIFFS**

/s/ Carl R. Roth
Carl R. Roth
THE ROTH LAW FIRM, P.C.
115 N. Wellington, Suite 200
Marshall, Texas 75670
(903) 935-1665
(903) 935-1797 – fax
cr@rothfirm.com

Kenneth R. Adamo
kradamo@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, Texas  75201
Telephone:    (214) 220-3939
Facsimile:    (214) 969-5100

Mark V. Campagna
mcampagna@jonesday.com
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA  30309-3053
Telephone:    (404) 521-3939
Facsimile:    (404) 581-8330

Jose L. Patiño
jlpatino@jonesday.com
JONES DAY
12265 El Camino Real
Suite 200
San Diego, California 92130
Telephone:    (858) 314-1156
Facsimile:    (858) 314-1150

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 8th day of April, 2009, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                         /s/ Edward R. Nelson, III