# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| EMSAT ADVANCED GEO-LOCATION TECHNOLOGY, LLC | § § § | |
| and | § § | CIVIL ACTION NO. 2:08cv381 |
| LOCATION BASED SERVICES LLC, | § § | **JURY TRIAL DEMANDED** |
| Plaintiffs, | § § | |
| v. | § § | |
| METROPCS COMMUNICATIONS, INC., et al. | § § § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS METROPCS COMMUNICATIONS, INC. AND METROPCS WIRELESS, INC.

Pursuant to Fed. R. Civ. 41(a)(2) and (c), Plaintiffs EMSAT Advanced Geo-Location Technology, LLC and Location Based Services LLC ("Plaintiffs") and Defendants MetroPCS Communications, Inc. and MetroPCS Wireless, Inc. hereby stipulate that all claims asserted by Plaintiffs against Defendants MetroPCS Communications, Inc. and MetroPCS Wireless, Inc., and all counterclaims asserted by Defendants MetroPCS Communications, Inc. and MetroPCS Wireless, Inc. against Plaintiffs in the above-entitled and numbered action be, and hereby are, dismissed with prejudice to re-filing same.  A proposed order is attached as Exhibit A.  Each party shall bear its own costs and attorneys' fees.

**DATED:  June 18, 2010.**

/s/ Edward R. Nelson, III
Edward R. Nelson, III
Texas State Bar No. 00797142
Christie B. Lindsey
Texas State Bar No. 24041918
NELSON BUMGARDNER CASTO, P.C.
3131 W. 7th Street, Suite 300
Fort Worth, TX  76107
(817) 377-9111
(817) 377-3485 (facsimile)
enelson@nbclaw.net
clindsey@nbclaw.net

T. John Ward, Jr.
Texas State Bar No. 00794818
WARD & SMITH LAW FIRM
111 W. Tyler Street
Longview, Texas  75601
(903) 757-6400
(903) 757-2323 (fax)
jw@jwfirm.com

**ATTORNEYS FOR PLAINTIFFS**

/s/ Nicholas Groombridge
Nicholas Groombridge
Lead Attorney
New York State Bar No. 2171346
Danielle Rosenthal (*pro hac vice*)
New York State Bar No. 704268
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8906 Telephone
(212) 310-8007 Facsimile
nicholas.groombridge@weil.com
danielle.rosenthal@weil.com

T. Ray Guy
State Bar No. 08648500
Carmen E. Bremer
State Bar No. 24041009
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
(214) 746-7700 Telephone
(214) 746-7777 Facsimile
ray.guy@weil.com
carmen.bremer@weil.com

Harry L. Gillam, Jr.
State Bar No. 07921800
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
(903) 934-8450 Telephone
(903) 934-9257 Facsimile
gil@gillamsmithlaw.com

**ATTORNEYS FOR DEFENDANTS
METROPCS COMMUNICATIONS, INC.
and METROPCS WIRELESS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June 2010, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Edward R. Nelson, III