**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| EMSAT ADVANCED GEO-LOCATION TECHNOLOGY, LLC<br><br>and<br><br>LOCATION BASED SERVICES LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>METROPCS COMMUNICATIONS, INC., et al.,<br><br>    Defendants. | CIVIL ACTION NO. 2:08cv381<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF ORDER IN RELATED CASES**

On August 23, 2010, the United States District Court for the Northern District of Ohio issued a Memorandum of Opinion and Order (in two related cases) regarding claim construction and denying the Ohio defendants' motion for summary judgment of invalidity based on indefiniteness. A copy of the Order is attached as Exhibit A.

| | |
|---|---|
| **Dated:  August 24, 2010** | Respectfully submitted,<br><br>/s/ Edward R. Nelson, III<br>Texas State Bar No. 00797142<br>Attorney-in-Charge<br>Christie B. Lindsey<br>Texas State Bar No. 24041918<br>NELSON BUMGARDNER CASTO, P.C.<br>3131 W. 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>(817) 377-9111<br>(817) 377-3485 (fax)<br>enelson@nbclaw.net<br>clindsey@nbclaw.net |

>T. John Ward, Jr.
>Texas State Bar No. 00794818
>WARD & SMITH LAW FIRM
>111 W. Tyler Street
>Longview, Texas  75601
>(903) 757-6400
>(903) 757-2323 (fax)
>jw@jwfirm.com

>**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of August 2010, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

>/s/ Edward R. Nelson, III