**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| EMSAT ADVANCED GEO-LOCATION TECHNOLOGY, LLC, and LOCATION BASED SERVICES LLC,<br>　　　Plaintiffs,<br>v.<br>METROPCS COMMUNICATIONS, INC., METROPCS WIRELESS, INC., CENTENNIAL COMMUNICATIONS CORP., LEAP WIRELESS INTERNATIONAL, INC., CRICKET COMMUNICATIONS, INC., ETEX TELEPHONE COOPERATIVE INC., and ETEX COMMUNICATIONS, L.P.,<br>　　　Defendants. | C.A. No. 2:08-cv-381<br><br>JURY TRIAL DEMANDED |

## **JOINT MOTION TO TRANSFER VENUE**

Plaintiffs EMSAT Advanced Geo-Location Technology, LLC and Location Based Services LLC (collectively, "EMSAT") and Defendant Centennial Communications Corp. ("Centennial") stipulate that transfer of the present case to the Northern District of Ohio, Eastern Division, would be convenient and in the interest of justice. EMSAT maintains a related action in that venue against Centennial's parent company, AT&T Mobility LLC. Transfer of the present case to that venue, under the particular circumstances, would conserve judicial and private resources. EMSAT and Centennial therefore jointly move the Court to transfer this case to the Northern District of Ohio, Eastern Division.

1

Dated:  October 13, 2010    By: */s/ Chris Kennerly*

  Bryant C. Boren, Jr., Lead Attorney
  State of Texas Bar No. 02664100
  Email: bryant.c.boren@bakerbotts.com
  Chris Kennerly
  State of Texas Bar No. 00795077
  Email: chris.kennerly@bakerbotts.com
  Kevin E. Cadwell
  Email: kevin.cadwell@bakerbotts.com
  State of Texas Bar No. 24036304
  Joshua J. Parker
  State of Texas Bar No. 24056092
  Email: josh.parker@bakerbotts.com
  BAKER BOTTS L.L.P.
  620 Hansen Way
  Palo Alto, CA 94304
  Telephone:  650.739.7500
  Facsimile:  650.739.7604

  Russell J. Crain
  Texas Bar No. 24045717
  russ.crain@bakerbotts.com
  BAKER BOTTS L.L.P.
  2001 Ross Avenue, Suite 600
  Dallas, Texas  75201-2980
  Telephone: 214-953-6500
  Facsimile: 214-953-6503

  Jennifer H. Doan
  State of Texas Bar No. 08809050
  Email:  jdoan@haltomdoan.com
  Morgan D. Vaughan
  State of Texas Bar No. 24060769
  Email:  mvaughan@haltomdoan.com
  HALTOM & DOAN
  6500 Summerhill Road, Suite 100
  Texarkana, TX 75503
  Telephone:  903.255.1000
  Facsimile:  903.255.0800

  **ATTORNEYS FOR DEFENDANT CENTENNIAL COMMUNICATIONS CORP.**

3

       */s/  Edward R. Nelson, III*
Edward R. Nelson, III
Texas State Bar No. 00797142
Attorney-in-Charge
Brent N. Bumgardner
Texas State Bar No. 00795272
Barry J. Bumgardner
Texas State Bar No. 00793424
Christie B. Lindsey
Texas State Bar No. 24041918
NELSON BUMGARDNER CASTO, P.C.
3131 W. 7th Street, Suite 300
Fort Worth, Texas 76107
(817) 377-9111
(817) 377-3485 (fax)
enelson@nbclaw.net
bbumgardner@nbclaw.net
barry@nbclaw.net
clindsey@nbclaw.net

T. John Ward, Jr.
Texas State Bar No. 00794818
WARD & SMITH LAW FIRM
111 W. Tyler Street
Longview, Texas  75601
(903) 757-6400
(903) 757-2323 (fax)
jw@jwfirm.com

**ATTORNEYS FOR PLAINTIFFS**

4

**<u>CERTIFICATE OF SERVICE</u>**

      I certify that on October 13, 2010, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF System per Local Rule 5.3.

                                                        /s/  *Jessica Quon*